# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: LANDAMERICA 1031 EXCHANGE
SERVICES, INC., INTERNAL REVENUE
SERVICE § 1031 TAX DEFERRED EXCHANGE
LITIGATION                                                         MDL No. 2054

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO−1)

On June 12, 2009, the Panel transferred 1 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 626 F.Supp.2d 1345 (J.P.M.L. 2009). Since that time, no additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Joseph F Anderson, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Anderson.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of South Carolina for the reasons stated in the order of June 12, 2009, and, with the consent of that court, assigned to the Honorable Joseph F Anderson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

**Feb 10, 2011**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: LANDAMERICA 1031 EXCHANGE
SERVICES, INC., INTERNAL REVENUE
SERVICE § 1031 TAX DEFERRED EXCHANGE
LITIGATION

MDL No. 2054

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| CAN | 4 | 10−05336 | Hays et al v. Commonwealth Land Title Insurance Company et al |



A TRUE COPY
ATTEST: LARRY W. PROPES, CLERK

BY: *Brian D. Shropshire*

DEPUTY CLERK