IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN R. HAYS, an individual, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Nebraska corporation, et al.,<br><br>        Defendants. | Case No.: C 10-05336 JSW<br><br>[PROPOSED] ORDER ~~VXCXTXNG~~ Continuing CASE MANAGEMENT CONFERENCE |

This case is scheduled for a Case Management Conference on April 20, 2012.  On April 2, 2012, the parties informed Court that they have reached a settlement and anticipate filing a motion for permission to settle by ~~December 15, 2011.~~ May 15, 2012 (See Docket Item No. 31.)  In light of the settlement, the Court ~~VACATES~~ CONTINUES the Case Management Conference, to June 1, 2012 at 1:30 p.m. The Case Management Conference will be vacated upon the filing of a motion for preliminary approval of class action settlement.

Dated:  April 4, 2012

                     _/s/ Jeffrey S. White_
                     HON. JEFFREY S. WHITE
                     UNITED STATES DISTRICT JUDGE