# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN R. HAYS, an individual, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Nebraska corporation, et al., <br><br> Defendants. | Case No.: C 10-05336 JSW <br><br> [PROPOSED] ORDER ~~VACATING~~ Continuing CASE MANAGEMENT CONFERENCE |

This case is scheduled for a Case Management Conference on April 20, 2012. On April 2, 2012, the parties informed Court that they have reached a settlement and anticipate filing a motion for permission to settle by ~~December 15, 2011.~~ May 15, 2012 (See Docket Item No. 31.) In light of the settlement, the Court ~~VACATES~~ CONTINUES the Case Management Conference, to June 1, 2012 at 1:30 p.m. The Case Management Conference will be vacated upon the filing of a motion for preliminary approval of class action settlement.

Dated: April 4, 2012

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER VACATING
CASE MANAGMENT CONFERENCE

U.S.D.C. N.D. Case No. 10-5336-JSW