Robert L. Brace, Esq., SBN 122240
Email: rlbrace@hbsb.com
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA 93102
Telephone: (805) 963-6711
Facsimile: (805) 965-0329

Attorneys for the Hays Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN R. HAYS, an individual, et al.,<br><br>                      Plaintiffs,<br>vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Nebraska corporation, et al.,<br><br>                      Defendants. | Case No.: C 10-05336 JSW<br><br>**NOTICE OF FILING OF PRELIMINARY APPROVAL MOTION FOR $11 MILLION SETTLEMENT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE [~~PROPOSED~~] ORDER** |

TO THE COURT:

PLEASE TAKE NOTICE that the parties have filed their motion for preliminary approval of an $11 million class action settlement (Dkt. No. 38). The preliminary approval hearing is set for July 20, 2012. The final fairness hearing is set for November 16, 2012. Therefore, pursuant to the Court's Order (Dkt. No. 33), counsel requests that the Case Management Conference, which is set for June 1, 2012, be vacated.

Dated: May 16, 2012                    HOLLISTER & BRACE

                                      By:  /s/
                                             Robert L. Brace
                                             Attorneys for the Hays Plaintiffs

**IT IS HEREBY ORDERED THAT,** in light of the pending settlement, the Case Management Conference, which was set for June 1, 2012, is hereby vacated.

Dated: May 23, 2012                      _/s/ Jeffrey S. White_
                                            HON. JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE