1    Robert L. Brace, Esq., SBN 122240
     Email:  rlbrace@hbsb.com
2    **HOLLISTER & BRACE**
     P.O. Box 630
3    Santa Barbara, CA  93102
     Telephone: (805) 963-6711
4    Facsimile: (805) 965-0329

5    Attorneys for the Hays Plaintiffs

6

7            **IN THE UNITED STATES DISTRICT COURT**

8          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

10   VIVIAN R. HAYS, an individual, et al.          Case No.: C 10-05336 JSW

11                                                   **Assigned to the Hon. Jeffrey S. White**
                           Plaintiffs,
12   vs.                                             **JOINT STIPULATION AND
                                                     [PROPOSED] ORDER TO SHORTEN
13   COMMONWEALTH LAND TITLE                         TIME FOR HEARING ON PLAINTIFFS'
     INSURANCE COMPANY, a Nebraska                   MOTION FOR PRELIMINARY
14   corporation, et al.,                            APPROVAL OF THE $11 MILLION
                                                     SETTLEMENT**
15
                           Defendants.               **Current Date:      July 20, 2012**
16                                                   **Requested Date:   June 22, 2012**

17

18           Pursuant to Local Rule 6-2, the parties request an order shortening time for the hearing

19   on Plaintiffs' Motion for Preliminary Approval of the $11 million Class Settlement from July 20,

20   2012 to June 22, 2012, or to the earliest date thereafter as the matter may be heard.

21           WHEREAS on May 15, 2012, Plaintiffs filed a motion to preliminarily approve an $11

22   million class-wide settlement (the "Class Settlement') with the Defendants in the above-

23   captioned matter, setting the hearing date for July 20, 2012, which was the first available date.

24   (Dkt. No. 38);

25           WHEREAS a $36.8 settlement has been reached in the related bankruptcy matter[1] (the

26   "Bankruptcy Settlement") which is contingent only upon the final approval of the Class

27   _____

28   [1] The Bankruptcy proceeding referred to herein is *In re LandAmerica Financial Group Inc.*, United States
     Bankruptcy Court for the Eastern District of Virginia, Case No. 08-35994-KRH.

                                                    1
     **JOINT STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME OF HEARING**
                              **Case No. C-10-5336-JSW**

1   Settlement to be fully effective;

2       WHEREAS the underlying economic loss at issue in this litigation occurred in 2008 and

3   the parties desire an expedited hearing on the Class Settlement so that the $38.6 million

4   Bankruptcy Settlement may be distributed to the settlement class members prior to the end of the

5   current calendar year;

6       WHEREAS the Class Settlement is contingent upon the court's final approval and the date

7   currently set for that hearing is November 16, 2012.  If the July 20 hearing is advanced to June

8   22, final approval may be obtained as early as mid-October 2012, making it possible to distribute

9   the funds by the close of 2012.

10      Therefore, the Parties **HEREBY STIPULATE AND AGREE** that the July 20, 2012

11  hearing date on Plaintiffs' Motion for Preliminary Approval of the $11 million Settlement should

12  be moved to June 22, 2012, and hereby request an order from the court changing the hearing date

13  to June 22, 2012, or to the earliest date thereafter as the matter may be heard.

14      I, Robert L. Brace, attest that concurrence in the filing of this document has been

15  obtained from the other signatory.

16                              Respectfully submitted,

17

18  Dated:  May 30, 2012                 HOLLISTER & BRACE

19                              By: _____/s/_____

20                                  Robert L. Brace
                                    Counsel for the Hays Plaintiffs

21

22

23  Dated:  May 30, 2012                 LITTLER MENDELSON P.C.

24

25                              By: ___/s/_____

26                                  Margaret Keane
                                    Counsel for the Defendants

27

28

---

**JOINT STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME OF HEARING**
**Case No. C-10-5336-JSW**

1    PURSUANT TO STIPULATION, and good cause appearing, IT IS ORDERED that the

2    July 20, 2012 hearing date is moved to ~~June 22,~~ 2012.

    *July 6*

3

4    Dated this __31__ day of __May__, 2012

_____

5    HON. JEFFREY S. WHITE
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO SHORTEN TIME OF HEARING**

**Case No. C-10-5336-JSW**