IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIVIAN R. HAYS, et al.,

    Plaintiffs,                                                                 No. C 10-05336 JSW

    v.

COMMONWEALTH LAND TITLE                       **ORDER VACATING HEARING**
INSURANCE COMPANY, et al,

    Defendants.
                                                             /

The motion for preliminary approval of class action settlement filed by Plaintiffs is currently set for hearing on Friday, July 6, 2012 at 9:00 a.m. This matter is now fully briefed and ripe for consideration. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for July 6, 2012 is HEREBY VACATED.

    **IT IS SO ORDERED.**

Dated: July 5, 2012

                                                                         JEFFREY S. WHITE
                                                                       UNITED STATES DISTRICT JUDGE