IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN R. HAYS, et al., | |
| Plaintiffs, | No. C 10-05336 JSW |
| v. | |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, et al, | **ORDER VACATING HEARING** |
| Defendants. | |

The motion for preliminary approval of class action settlement filed by Plaintiffs is currently set for hearing on Friday, July 6, 2012 at 9:00 a.m. This matter is now fully briefed and ripe for consideration. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for July 6, 2012 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: July 5, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE