EXHIBIT 3



Abigail R. Chenoweth

Direct Phone: 216.274.2250
Direct Fax: 216.274.2577
Email: achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Re:    Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
U.S. District Court for the Northern District of California
Case No. CV 10-5336

SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. § 1715 providing notice of a proposed settlement in the above-referenced federal class action (the "May 23, 2012 Notice"). This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48). The amendment included proposed scheduling changes and included the proposed form of notice to be sent to members of the class. The Court entered that Order as amended on July 5, 2012. See Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November 16, 2012 at the time we sent the May 23, 2012 Notice, has been moved. As entered, the Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2, 2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District Court for the Northern District of California (San Francisco). Moving the Final Fairness Hearing caused other dates to move. The deadline for providing notice of proposed settlement to members of the class is now July 16, 2012. The deadline for class members to request exclusion from the Settlement Class or to object to the proposed settlement is now September 2, 2012.

EXHIBIT 3

EXHIBIT 3

# HAHN ⬤ LOESER

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1.      Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.      Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.      Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.      Proposed Order Granting Motion for Settlement (Docket No. 39);

5.      Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.      List of class members including state of residence and estimated proportionate share of the claims of such members;

7.      Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.      [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.      Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:      Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



Abigail R. Chenoweth

Direct Phone: 216.274.2250
Direct Fax: 216.274.2577
Email: achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

Tom Horne, Arizona Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926

**Re:    Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
U.S. District Court for the Northern District of California
Case No. CV 10-5336

SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. § 1715 providing notice of a proposed settlement in the above-referenced federal class action (the "May 23, 2012 Notice"). This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48). The amendment included proposed scheduling changes and included the proposed form of notice to be sent to members of the class. The Court entered that Order as amended on July 5, 2012. See Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November 16, 2012 at the time we sent the May 23, 2012 Notice, has been moved. As entered, the Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2, 2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District Court for the Northern District of California (San Francisco). Moving the Final Fairness Hearing caused other dates to move. The deadline for providing notice of proposed settlement to members of the class is now July 16, 2012. The deadline for class members to request exclusion from the Settlement Class or to object to the proposed settlement is now September 2, 2012.

---

**HAHN LOESER & PARKS LLP**   attorneys at law

cleveland   columbus   akron   naples   fort myers   indianapolis   san diego

200 Public Square, Suite 2800  Cleveland, Ohio  44114-2306  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

EXHIBIT 3

EXHIBIT 3

# HAHN 🄷🄻 LOESER

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1.      Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.      Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.      Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.      Proposed Order Granting Motion for Settlement (Docket No. 39);

5.      Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.      List of class members including state of residence and estimated proportionate share of the claims of such members;

7.      Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.      [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.      Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:     Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



Abigail R. Chenoweth

Direct Phone:  216.274.2250
Direct Fax:  216.274.2577
Email:  achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

Office of the Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201

**Re:     Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
U.S. District Court for the Northern District of California
Case No. CV 10-5336

SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. § 1715 providing notice of a proposed settlement in the above-referenced federal class action (the "May 23, 2012 Notice").  This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48).  The amendment included proposed scheduling changes and included the proposed form of notice to be sent to members of the class. The Court entered that Order as amended on July 5, 2012.  See Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November 16, 2012 at the time we sent the May 23, 2012 Notice, has been moved.  As entered, the Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2, 2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District Court for the Northern District of California (San Francisco).  Moving the Final Fairness Hearing caused other dates to move.  The deadline for providing notice of proposed settlement to members of the class is now July 16, 2012.  The deadline for class members to request exclusion from the Settlement Class or to object to the proposed settlement is now September 2, 2012.

EXHIBIT 3

EXHIBIT 3

# HAHN 🅗🅛 LOESER

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1.      Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.      Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.      Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.      Proposed Order Granting Motion for Settlement (Docket No. 39);

5.      Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.      List of class members including state of residence and estimated proportionate share of the claims of such members;

7.      Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.      [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.      Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:      Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



Abigail R. Chenoweth

Direct Phone: 216.274.2250
Direct Fax: 216.274.2577
Email: achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

CAFA Coordinator
Office of the Attorney General
Consumer Law Section
110 West "A" Street, Suite 1100
San Diego, CA 92186-5266

Re:    **Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
       U.S. District Court for the Northern District of California
       Case No. CV 10-5336

       SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. §
1715 providing notice of a proposed settlement in the above-referenced federal class
action (the "May 23, 2012 Notice"). This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an
[Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million
Class Settlement (Docket No. 48). The amendment included proposed scheduling
changes and included the proposed form of notice to be sent to members of the class.
The Court entered that Order as amended on July 5, 2012. See Order Granting Motion
for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All
Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November
16, 2012 at the time we sent the May 23, 2012 Notice, has been moved. As entered, the
Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2,
2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District
Court for the Northern District of California (San Francisco). Moving the Final Fairness
Hearing caused other dates to move. The deadline for providing notice of proposed
settlement to members of the class is now July 16, 2012. The deadline for class
members to request exclusion from the Settlement Class or to object to the proposed
settlement is now September 2, 2012.

**HAHN LOESER & PARKS LLP**   attorneys at law

cleveland   columbus   akron   naples   fort myers   indianapolis   san diego
200 Public Square, Suite 2800   Cleveland, Ohio   44114-2306   phone 216.621.0150   fax 216.241.2824   hahnlaw.com

EXHIBIT 3

EXHIBIT 3

# HAHN ⊕ LOESER

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1.      Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.      Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.      Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.      Proposed Order Granting Motion for Settlement (Docket No. 39);

5.      Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.      List of class members including state of residence and estimated proportionate share of the claims of such members;

7.      Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.      [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.      Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:      Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



Abigail R. Chenoweth

Direct Phone: 216.274.2250
Direct Fax: 216.274.2577
Email: achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

John W. Suthers
Colorado Attorney General
1525 Sherman Street
Denver, CO 80203

Re:     **Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
U.S. District Court for the Northern District of California
Case No. CV 10-5336

SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. §
1715 providing notice of a proposed settlement in the above-referenced federal class
action (the "May 23, 2012 Notice"). This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an
[Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million
Class Settlement (Docket No. 48). The amendment included proposed scheduling
changes and included the proposed form of notice to be sent to members of the class.
The Court entered that Order as amended on July 5, 2012. See Order Granting Motion
for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All
Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November
16, 2012 at the time we sent the May 23, 2012 Notice, has been moved. As entered, the
Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2,
2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District
Court for the Northern District of California (San Francisco). Moving the Final Fairness
Hearing caused other dates to move. The deadline for providing notice of proposed
settlement to members of the class is now July 16, 2012. The deadline for class
members to request exclusion from the Settlement Class or to object to the proposed
settlement is now September 2, 2012.

EXHIBIT 3

# HAHN ⬤ LOESER

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1.     Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.     Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.     Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.     Proposed Order Granting Motion for Settlement (Docket No. 39);

5.     Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.     List of class members including state of residence and estimated proportionate share of the claims of such members;

7.     Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.     [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.     Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:      Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



Abigail R. Chenoweth

Direct Phone:  216.274.2250
Direct Fax:  216.274.2577
Email:  achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

The Office of the Attorney General
55 Elm Street
Hartford, CT 06106

**Re:    Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
U.S. District Court for the Northern District of California
Case No. CV 10-5336

SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. § 1715 providing notice of a proposed settlement in the above-referenced federal class action (the "May 23, 2012 Notice").  This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48).  The amendment included proposed scheduling changes and included the proposed form of notice to be sent to members of the class. The Court entered that Order as amended on July 5, 2012.  See Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November 16, 2012 at the time we sent the May 23, 2012 Notice, has been moved.  As entered, the Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2, 2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District Court for the Northern District of California (San Francisco).  Moving the Final Fairness Hearing caused other dates to move.  The deadline for providing notice of proposed settlement to members of the class is now July 16, 2012.  The deadline for class members to request exclusion from the Settlement Class or to object to the proposed settlement is now September 2, 2012.

EXHIBIT 3

EXHIBIT 3

HAHN 🄗🄛 LOESER

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1.      Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.      Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.      Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.      Proposed Order Granting Motion for Settlement (Docket No. 39);

5.      Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.      List of class members including state of residence and estimated proportionate share of the claims of such members;

7.      Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.      [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.      Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:      Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



Abigail R. Chenoweth

Direct Phone:  216.274.2250
Direct Fax:  216.274.2577
Email:  achenoweth@hahnlaw.com

July 13, 2012

**<u>VIA U.S. MAIL</u>**

Office of the Attorney General
District of Columbia
441 4th Street, NW
Washington, DC 20001

**Re:**   **Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
U.S. District Court for the Northern District of California
Case No. CV 10-5336

SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. § 1715 providing notice of a proposed settlement in the above-referenced federal class action (the "May 23, 2012 Notice"). This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48). The amendment included proposed scheduling changes and included the proposed form of notice to be sent to members of the class. The Court entered that Order as amended on July 5, 2012. See Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November 16, 2012 at the time we sent the May 23, 2012 Notice, has been moved. As entered, the Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2, 2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District Court for the Northern District of California (San Francisco). Moving the Final Fairness Hearing caused other dates to move. The deadline for providing notice of proposed settlement to members of the class is now July 16, 2012. The deadline for class members to request exclusion from the Settlement Class or to object to the proposed settlement is now September 2, 2012.

EXHIBIT 3

H A H N **HL** L O E S E R

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b). The disc contains the following:

1.      Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.      Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.      Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.      Proposed Order Granting Motion for Settlement (Docket No. 39);

5.      Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.      List of class members including state of residence and estimated proportionate share of the claims of such members;

7.      Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.      [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.      Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice. We include them again on this disc for your convenience. Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:      Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



HAHN ⊕ LOESER

Abigail R. Chenoweth

Direct Phone: 216.274.2250
Direct Fax: 216.274.2577
Email: achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

Office of the Attorney General
State of Delaware
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

**Re:     Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
U.S. District Court for the Northern District of California
Case No. CV 10-5336

SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. § 1715 providing notice of a proposed settlement in the above-referenced federal class action (the "May 23, 2012 Notice"). This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48). The amendment included proposed scheduling changes and included the proposed form of notice to be sent to members of the class. The Court entered that Order as amended on July 5, 2012. See Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November 16, 2012 at the time we sent the May 23, 2012 Notice, has been moved. As entered, the Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2, 2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District Court for the Northern District of California (San Francisco). Moving the Final Fairness Hearing caused other dates to move. The deadline for providing notice of proposed settlement to members of the class is now July 16, 2012. The deadline for class members to request exclusion from the Settlement Class or to object to the proposed settlement is now September 2, 2012.

EXHIBIT 3

# HAHN ⬤ LOESER

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1.      Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.      Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.      Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.      Proposed Order Granting Motion for Settlement (Docket No. 39);

5.      Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.      List of class members including state of residence and estimated proportionate share of the claims of such members;

7.      Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.      [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.      Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:      Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



Abigail R. Chenoweth

Direct Phone: 216.274.2250
Direct Fax: 216.274.2577
Email: achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

Attorney General Pam Bondi
The Capitol PL-01
Tallahassee, FL 32399-1050

**Re:     Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
         U.S. District Court for the Northern District of California
         Case No. CV 10-5336

         SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. § 1715 providing notice of a proposed settlement in the above-referenced federal class action (the "May 23, 2012 Notice"). This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48). The amendment included proposed scheduling changes and included the proposed form of notice to be sent to members of the class. The Court entered that Order as amended on July 5, 2012. See Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November 16, 2012 at the time we sent the May 23, 2012 Notice, has been moved. As entered, the Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2, 2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District Court for the Northern District of California (San Francisco). Moving the Final Fairness Hearing caused other dates to move. The deadline for providing notice of proposed settlement to members of the class is now July 16, 2012. The deadline for class members to request exclusion from the Settlement Class or to object to the proposed settlement is now September 2, 2012.

**HAHN LOESER & PARKS LLP**   attorneys at law

cleveland   columbus   akron   naples   fort myers   indianapolis   san diego

200 Public Square, Suite 2800   Cleveland, Ohio   44114-2306   phone 216.621.0150   fax 216.241.2824   hahnlaw.com

EXHIBIT 3

EXHIBIT 3

# HAHN ⬤ LOESER

July 13, 2012
Page 2

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1. Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2. Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3. Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4. Proposed Order Granting Motion for Settlement (Docket No. 39);

5. Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6. List of class members including state of residence and estimated proportionate share of the claims of such members;

7. Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8. [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9. Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:     Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



Abigail R. Chenoweth

Direct Phone: 216.274.2250
Direct Fax: 216.274.2577
Email: achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

Office of the Attorney General
State of Georgia
40 Capitol Square, SW
Atlanta, GA 30334

Re:   **Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
U.S. District Court for the Northern District of California
Case No. CV 10-5336

SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. § 1715 providing notice of a proposed settlement in the above-referenced federal class action (the "May 23, 2012 Notice"). This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48). The amendment included proposed scheduling changes and included the proposed form of notice to be sent to members of the class. The Court entered that Order as amended on July 5, 2012. See Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November 16, 2012 at the time we sent the May 23, 2012 Notice, has been moved. As entered, the Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2, 2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District Court for the Northern District of California (San Francisco). Moving the Final Fairness Hearing caused other dates to move. The deadline for providing notice of proposed settlement to members of the class is now July 16, 2012. The deadline for class members to request exclusion from the Settlement Class or to object to the proposed settlement is now September 2, 2012.

EXHIBIT 3

# HAHN ⬤ LOESER

July 13, 2012<br>Page 2

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1.     Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.     Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.     Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.     Proposed Order Granting Motion for Settlement (Docket No. 39);

5.     Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.     List of class members including state of residence and estimated proportionate share of the claims of such members;

7.     Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.     [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.     Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:     Attorneys for all parties

EXHIBIT 3

EXHIBIT 3

 H A H N <span></span> L O E S E R

Abigail R. Chenoweth

Direct Phone:  216.274.2250
Direct Fax:  216.274.2577
Email:  achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

Department of the Attorney General
425 Queen Street
Honolulu, HI 96813

**Re:**   **Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
U.S. District Court for the Northern District of California
Case No. CV 10-5336

SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. § 1715 providing notice of a proposed settlement in the above-referenced federal class action (the "May 23, 2012 Notice").  This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48).  The amendment included proposed scheduling changes and included the proposed form of notice to be sent to members of the class. The Court entered that Order as amended on July 5, 2012.  See Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November 16, 2012 at the time we sent the May 23, 2012 Notice, has been moved.  As entered, the Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2, 2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District Court for the Northern District of California (San Francisco).  Moving the Final Fairness Hearing caused other dates to move.  The deadline for providing notice of proposed settlement to members of the class is now July 16, 2012.  The deadline for class members to request exclusion from the Settlement Class or to object to the proposed settlement is now September 2, 2012.

**H A H N   L O E S E R   &   P A R K S   L L P**   attorneys at law

cleveland   columbus   akron   naples   fort myers   indianapolis   san diego

200 Public Square, Suite 2800   Cleveland, Ohio   44114-2306   phone 216.621.0150   fax 216.241.2824   hahnlaw.com

EXHIBIT 3

EXHIBIT 3

# HAHN ⬤ LOESER

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1.      Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.      Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.      Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.      Proposed Order Granting Motion for Settlement (Docket No. 39);

5.      Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.      List of class members including state of residence and estimated proportionate share of the claims of such members;

7.      Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.      [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.      Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:      Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



Abigail R. Chenoweth

Direct Phone: 216.274.2250
Direct Fax: 216.274.2577
Email: achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

State of Idaho
Office of the Attorney General
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720-0010

**Re:    Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
U.S. District Court for the Northern District of California
Case No. CV 10-5336

SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. § 1715 providing notice of a proposed settlement in the above-referenced federal class action (the "May 23, 2012 Notice"). This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48). The amendment included proposed scheduling changes and included the proposed form of notice to be sent to members of the class. The Court entered that Order as amended on July 5, 2012. See Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November 16, 2012 at the time we sent the May 23, 2012 Notice, has been moved. As entered, the Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2, 2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District Court for the Northern District of California (San Francisco). Moving the Final Fairness Hearing caused other dates to move. The deadline for providing notice of proposed settlement to members of the class is now July 16, 2012. The deadline for class members to request exclusion from the Settlement Class or to object to the proposed settlement is now September 2, 2012.

**HAHN LOESER & PARKS LLP**   attorneys at law

cleveland   columbus   akron   naples   fort myers   indianapolis   san diego
200 Public Square, Suite 2800   Cleveland, Ohio   44114-2306   phone 216.621.0150   fax 216.241.2824   hahnlaw.com

EXHIBIT 3

EXHIBIT 3

# HAHN 🅗🅛 LOESER

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1.      Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.      Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.      Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.      Proposed Order Granting Motion for Settlement (Docket No. 39);

5.      Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.      List of class members including state of residence and estimated proportionate share of the claims of such members;

7.      Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.      [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.      Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:      Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



Abigail R. Chenoweth

Direct Phone: 216.274.2250
Direct Fax: 216.274.2577
Email: achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

Office of the Attorney General
Chicago Main Office
100 West Randolph Street
Chicago, IL 60601

**Re:    Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
U.S. District Court for the Northern District of California
Case No. CV 10-5336

SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. § 1715 providing notice of a proposed settlement in the above-referenced federal class action (the "May 23, 2012 Notice"). This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48). The amendment included proposed scheduling changes and included the proposed form of notice to be sent to members of the class. The Court entered that Order as amended on July 5, 2012. See Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November 16, 2012 at the time we sent the May 23, 2012 Notice, has been moved. As entered, the Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2, 2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District Court for the Northern District of California (San Francisco). Moving the Final Fairness Hearing caused other dates to move. The deadline for providing notice of proposed settlement to members of the class is now July 16, 2012. The deadline for class members to request exclusion from the Settlement Class or to object to the proposed settlement is now September 2, 2012.

---

EXHIBIT 3

# HAHN ⬤ LOESER

July 13, 2012<br>
Page 2

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1.      Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.      Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.      Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.      Proposed Order Granting Motion for Settlement (Docket No. 39);

5.      Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.      List of class members including state of residence and estimated proportionate share of the claims of such members;

7.      Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.      [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.      Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:      Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



Abigail R. Chenoweth

Direct Phone:  216.274.2250
Direct Fax:  216.274.2577
Email:  achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

Indiana Attorney General's Office
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

**Re:**   **Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
U.S. District Court for the Northern District of California
Case No. CV 10-5336

SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. § 1715 providing notice of a proposed settlement in the above-referenced federal class action (the "May 23, 2012 Notice").  This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48).  The amendment included proposed scheduling changes and included the proposed form of notice to be sent to members of the class.  The Court entered that Order as amended on July 5, 2012.  See Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November 16, 2012 at the time we sent the May 23, 2012 Notice, has been moved.  As entered, the Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2, 2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District Court for the Northern District of California (San Francisco).  Moving the Final Fairness Hearing caused other dates to move.  The deadline for providing notice of proposed settlement to members of the class is now July 16, 2012.  The deadline for class members to request exclusion from the Settlement Class or to object to the proposed settlement is now September 2, 2012.

EXHIBIT 3

EXHIBIT 3

# HAHN ⊕ LOESER

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1.      Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.      Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.      Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.      Proposed Order Granting Motion for Settlement (Docket No. 39);

5.      Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.      List of class members including state of residence and estimated proportionate share of the claims of such members;

7.      Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.      [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.      Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:      Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



Abigail R. Chenoweth

Direct Phone: 216.274.2250
Direct Fax: 216.274.2577
Email: achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

Office of the Attorney General
State of Kansas
120 SW 10th Avenue, Second Floor
Topeka, KS 66612-1597

Re:   **Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
      U.S. District Court for the Northern District of California
      Case No. CV 10-5336

      SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. §
1715 providing notice of a proposed settlement in the above-referenced federal class
action (the "May 23, 2012 Notice"). This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an
[Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million
Class Settlement (Docket No. 48). The amendment included proposed scheduling
changes and included the proposed form of notice to be sent to members of the class.
The Court entered that Order as amended on July 5, 2012. See Order Granting Motion
for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All
Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November
16, 2012 at the time we sent the May 23, 2012 Notice, has been moved. As entered, the
Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2,
2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District
Court for the Northern District of California (San Francisco). Moving the Final Fairness
Hearing caused other dates to move. The deadline for providing notice of proposed
settlement to members of the class is now July 16, 2012. The deadline for class
members to request exclusion from the Settlement Class or to object to the proposed
settlement is now September 2, 2012.

**HAHN LOESER & PARKS LLP**   attorneys at law

cleveland   columbus   akron   naples   fort myers   indianapolis   san diego

200 Public Square, Suite 2800   Cleveland, Ohio   44114-2306   phone 216.621.0150   fax 216.241.2824   hahnlaw.com

EXHIBIT 3

EXHIBIT 3

# HAHN 🅗🅛 LOESER

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1.      Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.      Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.      Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.      Proposed Order Granting Motion for Settlement (Docket No. 39);

5.      Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.      List of class members including state of residence and estimated proportionate share of the claims of such members;

7.      Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.      [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.      Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:      Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



Abigail R. Chenoweth

Direct Phone:  216.274.2250
Direct Fax:  216.274.2577
Email:  achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

Office of the Attorney General
State of Kentucky
Capitol Suite 118
700 Capitol Avenue
Frankfort, KY 40601-3449

Re:   **Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
      U.S. District Court for the Northern District of California
      Case No. CV 10-5336

      SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. § 1715 providing notice of a proposed settlement in the above-referenced federal class action (the "May 23, 2012 Notice").  This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48).  The amendment included proposed scheduling changes and included the proposed form of notice to be sent to members of the class. The Court entered that Order as amended on July 5, 2012.  See Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November 16, 2012 at the time we sent the May 23, 2012 Notice, has been moved.  As entered, the Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2, 2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District Court for the Northern District of California (San Francisco).  Moving the Final Fairness Hearing caused other dates to move.  The deadline for providing notice of proposed settlement to members of the class is now July 16, 2012.  The deadline for class members to request exclusion from the Settlement Class or to object to the proposed settlement is now September 2, 2012.

**HAHN LOESER & PARKS LLP**   attorneys at law

cleveland   columbus   akron   naples   fort myers   indianapolis   san diego

200 Public Square, Suite 2800   Cleveland, Ohio   44114-2306   phone 216.621.0150   fax 216.241.2824   hahnlaw.com

EXHIBIT 3

EXHIBIT 3

# HAHN (HL) LOESER

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b). The disc contains the following:

1.   Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.   Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.   Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.   Proposed Order Granting Motion for Settlement (Docket No. 39);

5.   Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.   List of class members including state of residence and estimated proportionate share of the claims of such members;

7.   Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.   [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.   Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice. We include them again on this disc for your convenience. Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:   Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



HAHN LOESER

Abigail R. Chenoweth

Direct Phone: 216.274.2250
Direct Fax: 216.274.2577
Email: achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

Louisiana Attorney General
Attn: Civil Department
1885 North 3rd Street
Livingston State Office Building
Baton Rouge, LA 70802

Re:    **Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
       U.S. District Court for the Northern District of California
       Case No. CV 10-5336

       SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. §
1715 providing notice of a proposed settlement in the above-referenced federal class
action (the "May 23, 2012 Notice"). This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an
[Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million
Class Settlement (Docket No. 48). The amendment included proposed scheduling
changes and included the proposed form of notice to be sent to members of the class.
The Court entered that Order as amended on July 5, 2012. See Order Granting Motion
for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All
Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November
16, 2012 at the time we sent the May 23, 2012 Notice, has been moved. As entered, the
Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2,
2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District
Court for the Northern District of California (San Francisco). Moving the Final Fairness
Hearing caused other dates to move. The deadline for providing notice of proposed
settlement to members of the class is now July 16, 2012. The deadline for class
members to request exclusion from the Settlement Class or to object to the proposed
settlement is now September 2, 2012.

HAHN LOESER & PARKS LLP    attorneys at law

cleveland  columbus  akron  naples  fort myers  indianapolis  san diego

200 Public Square, Suite 2800  Cleveland, Ohio  44114-2306  phone 216.621.0150  fax 216.241.2824  hahnlaw.com

EXHIBIT 3

EXHIBIT 3

# HAHN ⬤ LOESER

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1.      Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.      Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.      Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.      Proposed Order Granting Motion for Settlement (Docket No. 39);

5.      Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.      List of class members including state of residence and estimated proportionate share of the claims of such members;

7.      Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.      [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.      Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:     Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



Abigail R. Chenoweth

Direct Phone: 216.274.2250
Direct Fax: 216.274.2577
Email: achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

Louisiana Attorney General
Attn: Litigation Department
1885 North 3rd Street
Livingston State Office Building
Baton Rouge, LA 70802

**Re:**   **Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
U.S. District Court for the Northern District of California
Case No. CV 10-5336

SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. § 1715 providing notice of a proposed settlement in the above-referenced federal class action (the "May 23, 2012 Notice"). This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48). The amendment included proposed scheduling changes and included the proposed form of notice to be sent to members of the class. The Court entered that Order as amended on July 5, 2012. See Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November 16, 2012 at the time we sent the May 23, 2012 Notice, has been moved. As entered, the Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2, 2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District Court for the Northern District of California (San Francisco). Moving the Final Fairness Hearing caused other dates to move. The deadline for providing notice of proposed settlement to members of the class is now July 16, 2012. The deadline for class members to request exclusion from the Settlement Class or to object to the proposed settlement is now September 2, 2012.

EXHIBIT 3

H A H N ⬤ L O E S E R

July 13, 2012<br>Page 2

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1.      Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.      Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.      Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.      Proposed Order Granting Motion for Settlement (Docket No. 39);

5.      Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.      List of class members including state of residence and estimated proportionate share of the claims of such members;

7.      Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.      [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.      Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:      Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



HAHN ⊕ LOESER

Abigail R. Chenoweth

Direct Phone:  216.274.2250
Direct Fax:  216.274.2577
Email:  achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

Office of Attorney General Martha Coakley
State of Massachusetts
One Ashburton Place
Boston, MA 02108 -1518

**Re:     Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
U.S. District Court for the Northern District of California
Case No. CV 10-5336

SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. § 1715 providing notice of a proposed settlement in the above-referenced federal class action (the "May 23, 2012 Notice").  This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48).  The amendment included proposed scheduling changes and included the proposed form of notice to be sent to members of the class. The Court entered that Order as amended on July 5, 2012.  See Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November 16, 2012 at the time we sent the May 23, 2012 Notice, has been moved.  As entered, the Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2, 2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District Court for the Northern District of California (San Francisco).  Moving the Final Fairness Hearing caused other dates to move.  The deadline for providing notice of proposed settlement to members of the class is now July 16, 2012.  The deadline for class members to request exclusion from the Settlement Class or to object to the proposed settlement is now September 2, 2012.

EXHIBIT 3

EXHIBIT 3

# HAHN ◉ LOESER

July 13, 2012
Page 2

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1.   Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.   Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.   Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.   Proposed Order Granting Motion for Settlement (Docket No. 39);

5.   Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.   List of class members including state of residence and estimated proportionate share of the claims of such members;

7.   Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.   [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.   Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:   Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



Abigail R. Chenoweth

Direct Phone: 216.274.2250
Direct Fax: 216.274.2577
Email: achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

Office of the Attorney General
State of Michigan
G. Mennen Williams Building, 7th Floor
525 W. Ottawa St.
P.O. Box 30212
Lansing, MI 48909

**Re:    Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
U.S. District Court for the Northern District of California
Case No. CV 10-5336

SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. § 1715 providing notice of a proposed settlement in the above-referenced federal class action (the "May 23, 2012 Notice"). This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48). The amendment included proposed scheduling changes and included the proposed form of notice to be sent to members of the class. The Court entered that Order as amended on July 5, 2012. See Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November 16, 2012 at the time we sent the May 23, 2012 Notice, has been moved. As entered, the Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2, 2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District Court for the Northern District of California (San Francisco). Moving the Final Fairness Hearing caused other dates to move. The deadline for providing notice of proposed settlement to members of the class is now July 16, 2012. The deadline for class members to request exclusion from the Settlement Class or to object to the proposed settlement is now September 2, 2012.

EXHIBIT 3

EXHIBIT 3

# HAHN ⬤ LOESER

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1.      Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.      Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.      Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.      Proposed Order Granting Motion for Settlement (Docket No. 39);

5.      Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.      List of class members including state of residence and estimated proportionate share of the claims of such members;

7.      Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.      [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.      Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:     Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



Abigail R. Chenoweth

Direct Phone:  216.274.2250
Direct Fax:  216.274.2577
Email:  achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

Missouri Attorney General's Office
Supreme Court Building
207 W. High St.
P.O. Box 899
Jefferson City, MO 65102

**Re:     Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
U.S. District Court for the Northern District of California
Case No. CV 10-5336

SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. § 1715 providing notice of a proposed settlement in the above-referenced federal class action (the "May 23, 2012 Notice").  This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48).  The amendment included proposed scheduling changes and included the proposed form of notice to be sent to members of the class. The Court entered that Order as amended on July 5, 2012.  See Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November 16, 2012 at the time we sent the May 23, 2012 Notice, has been moved.  As entered, the Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2, 2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District Court for the Northern District of California (San Francisco).  Moving the Final Fairness Hearing caused other dates to move.  The deadline for providing notice of proposed settlement to members of the class is now July 16, 2012.  The deadline for class members to request exclusion from the Settlement Class or to object to the proposed settlement is now September 2, 2012.

---

**HAHN LOESER & PARKS LLP**   attorneys at law

cleveland   columbus   akron   naples   fort myers   indianapolis   san diego

200 Public Square, Suite 2800   Cleveland, Ohio   44114-2306   phone 216.621.0150   fax 216.241.2824   hahnlaw.com

EXHIBIT 3

EXHIBIT 3

HAHN ⊕ LOESER

July 13, 2012
Page 2

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1.    Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.    Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.    Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.    Proposed Order Granting Motion for Settlement (Docket No. 39);

5.    Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.    List of class members including state of residence and estimated proportionate share of the claims of such members;

7.    Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.    [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.    Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:    Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



Abigail R. Chenoweth

Direct Phone:  216.274.2250
Direct Fax:  216.274.2577
Email:  achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

Office of the Attorney General
Department of Justice
P.O. Box 201401
Helena, MT 59620-1401

**Re:    Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
U.S. District Court for the Northern District of California
Case No. CV 10-5336

SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. § 1715 providing notice of a proposed settlement in the above-referenced federal class action (the "May 23, 2012 Notice").  This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48).  The amendment included proposed scheduling changes and included the proposed form of notice to be sent to members of the class. The Court entered that Order as amended on July 5, 2012.  See Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November 16, 2012 at the time we sent the May 23, 2012 Notice, has been moved.  As entered, the Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2, 2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District Court for the Northern District of California (San Francisco).  Moving the Final Fairness Hearing caused other dates to move.  The deadline for providing notice of proposed settlement to members of the class is now July 16, 2012.  The deadline for class members to request exclusion from the Settlement Class or to object to the proposed settlement is now September 2, 2012.

HAHN LOESER & PARKS LLP    attorneys at law

cleveland   columbus   akron   naples   fort myers   indianapolis   san diego
200 Public Square, Suite 2800   Cleveland, Ohio   44114-2306   phone 216.621.0150   fax 216.241.2824   hahnlaw.com
EXHIBIT 3

EXHIBIT 3

# HAHN ⬤ LOESER

July 13, 2012<br>Page 2

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1.     Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.     Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.     Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.     Proposed Order Granting Motion for Settlement (Docket No. 39);

5.     Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.     List of class members including state of residence and estimated proportionate share of the claims of such members;

7.     Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.     [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.     Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:     Attorneys for all parties

EXHIBIT 3

EXHIBIT 3



Abigail R. Chenoweth

Direct Phone:  216.274.2250
Direct Fax:  216.274.2577
Email:  achenoweth@hahnlaw.com

July 13, 2012

**VIA U.S. MAIL**

NH Department of Justice
33 Capitol Street
Concord, NH 03301

**Re:**  **Hays, et al. v. Commonwealth Land Title Insurance Co., et al.**
U.S. District Court for the Northern District of California
Case No. CV 10-5336

SUPPLEMENTAL CLASS ACTION FAIRNESS ACT NOTICE

To Whom It May Concern:

On May 23, 2012, this office sent correspondence to you in accordance with 28 U.S.C. § 1715 providing notice of a proposed settlement in the above-referenced federal class action (the "May 23, 2012 Notice").  This letter supplements the May 23, 2012 Notice.

Please be advised that at the Court's request, on July 3, 2012 Plaintiffs filed an [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48).  The amendment included proposed scheduling changes and included the proposed form of notice to be sent to members of the class. The Court entered that Order as amended on July 5, 2012.  See Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51) (the "Preliminary Approval Order").

Please take note that the date of the Final Fairness Hearing, which was set for November 16, 2012 at the time we sent the May 23, 2012 Notice, has been moved.  As entered, the Preliminary Approval Order rescheduled the Final Fairness Hearing to November 2, 2012 at 9:00 a.m. before Judge Jeffrey S. White, in Courtroom 11 of the U.S. District Court for the Northern District of California (San Francisco).  Moving the Final Fairness Hearing caused other dates to move.  The deadline for providing notice of proposed settlement to members of the class is now July 16, 2012.  The deadline for class members to request exclusion from the Settlement Class or to object to the proposed settlement is now September 2, 2012.

HAHN LOESER & PARKS LLP   attorneys at law

cleveland   columbus   akron   naples   fort myers   indianapolis   san diego

200 Public Square, Suite 2800   Cleveland, Ohio   44114-2306   phone 216.621.0150   fax 216.241.2824   hahnlaw.com

EXHIBIT 3

EXHIBIT 3

# HAHN ⬤ LOESER

We enclose a disc that contains all of material that we are required to provide under 28 U.S.C. § 1715(b).  The disc contains the following:

1.      Complaint with exhibits, dated November 24, 2010 (Docket No. 001);

2.      Plaintiffs' First Amended Complaint with exhibits, dated August 11, 2011 (Docket No. 43);

3.      Notice of Motion and Motion for Preliminary Approval of Settlement with exhibits (Docket No. 38), dated May 15, 2012;

4.      Proposed Order Granting Motion for Settlement (Docket No. 39);

5.      Proposed Order Granting Motion for Settlement and to Vacate Case Management Conference (Docket No. 40);

6.      List of class members including state of residence and estimated proportionate share of the claims of such members;

7.      Notice of Lodging of Executed Settlement Agreement Between Plaintiffs and the Defendants (Docket No. 45);

8.      [Amended Proposed] Order Granting Motion for Preliminary Approval of $11 Million Class Settlement (Docket No. 48); and

9.      Order Granting Motion for Preliminary Approval of $11 Million Class Settlement between Plaintiffs and All Defendants (Docket No. 51).

Items 1-6 were previously provided to you in the May 23, 2010 Notice.  We include them again on this disc for your convenience.  Further all of these materials can be accessed through the Court's Electronic Filing System and PACER.

Please feel free to contact me with any questions.
Sincerely,

*Abigail R. Chenoweth*

Abigail R. Chenoweth
Paralegal

Enclosures

cc:      Attorneys for all parties

EXHIBIT 3