Robert L. Brace, Esq., SBN 122240
Email: rlbrace@hbsb.com
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA 93102
Telephone: (805) 963-6711
Facsimile: (805) 965-0329

Attorneys for the Hays Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VIVIAN R. HAYS, an individual, et al.,<br><br>Plaintiffs,<br>vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Nebraska corporation, et al.,<br><br>Defendants. | Case No.: C 10-05336 JSW<br><br>**Assigned to the Hon. Jeffrey S. White**<br><br>**ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT; [PROPOSED] ORDER** |

WHEREAS, pursuant to Local Rule 7-11, Plaintiffs' have requested and Defendants have agreed, that Plaintiffs may file a Motion for Attorneys Fees and Reimbursement of Costs in connection with the November 2, 2012 final fairness hearing, which exceeds the 15-page limitation imposed by Judge White's Standing Order.

NOW THEREFORE, Plaintiffs and Defendants hereby STIPULATE THAT Plaintiffs may file their Motion for Attorneys Fees and Reimbursement of Costs which exceeds the page limitation imposed by Judge White's Standing Order. The motion to be filed will not exceed 18 pages.

**1**

**ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT; [PROPOSED] ORDER**
**Case No. C-10-5336-JSW**

The Parties respectfully request the Court to enter this Order immediately, as Class Counsel must file their motion by tomorrow, Friday, August 31, 2012, as the deadline set by the Court's Order (Dkt. 47), falls on Labor Day, which is a holiday.

I, Robert L. Brace, attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: August 30, 2012  HOLLISTER & BRACE

By: /s/ Robert L. Brace
    Robert L. Brace
    Counsel for the Hays Plaintiffs

Dated: August 30, 2012  LITTLER MENDELSON P.C.

By: /s/ Margaret Keane
    Margaret Keane
    Counsel for the Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated this 30 day of August, 2012

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE